Argued May 17, affirmed May 17, petition for rehearing denied
June 8, petition for review denied July 22, 1971. Petition for
writ of certiorari denied by United States Supreme
Court March 20, 1972

STATE OF OREGON, *Respondent, v.* ROBERT
CLAYTON SALISBURY (No. C-57055), *Appellant.*
484 P2d 1129

*John A. Pickard,* Portland, argued the cause for appellant. With him on the brief were Dardano & Mowry, Portland.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.